

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. WR-95,984-01

## EX PARTE TRAVIS COBB, Applicant

ON APPLICATION FOR A WRIT OF HABEAS CORPUS
CAUSE NO. 2018CR11604-W1 IN THE 399TH DISTRICT COURT
FROM BEXAR COUNTY

*Per curiam. Schenck, P.J., Richardson, Yeary, and Newell, J.J., filed concurring opinions.*

## O P I N I O N

Applicant was convicted of aggravated robbery and sentenced to twenty-five years' imprisonment. The Fourth Court of Appeals affirmed his conviction. *Cobb v. State*, 04-19-00251-CR (Tex. App.—San Antonio del. Nov. 6, 2019) (not designated for publication). Through counsel, Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, *inter alia*, that he is actually innocent. The trial court held an evidentiary hearing. Based on the habeas record and testimony from the hearing, the trial court has determined that Applicant established by clear and convincing evidence that he is actually innocent. *See Ex*

*parte Elizondo*, 947 S.W.2d 202 (Tex. Crim. App. 1996); *Ex parte Tuley*, 109 S.W.3d 388 (Tex. Crim. App. 2002); *Ex parte Brown*, 205 S.W.3d 538 (Tex. Crim. App. 2006). The State agrees. The record supports the findings. Relief is granted.

The judgment in cause number 2018CR11604 in the 399th District Court of Bexar County is set aside. Applicant is on a habeas bond. *See* TEX. CODE CRIM. PROC. art. 11.65. Applicant shall answer the charges as set out in the indictment. The trial court shall issue any necessary orders within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: March 26, 2025
Publish